```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ELINOR ZUGG                          :
                                     :
              vs.                    :      CIVIL ACTION NO.
                                     :      02-3442
BAYER CORPORATION, ET AL             :
                                     :

## ORDER

**AND NOW,** this    day of May, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

- [ ]   -   Order staying these proceedings pending disposition of a related action.

- [ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

- [ ]   -   Interlocutory appeal filed

- [X]   -   Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transfering case to District of Minnesota.

it is
     **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

     **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                         **BY THE COURT:**


                                         _____
                                         R. Barclay Surrick, J.

Civ. 13 (8/80)